```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

JENIFFER TABARES and JORGE
TABARES,

    Plaintiffs,

v.                      Case No:  2:23-cv-1041-JES-NPM

SELECTIVE INSURANCE COMPANY
OF THE SOUTHEAST,

    Defendant.

_____

## ORDER

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. #18) filed on December 21, 2023. No answer or motion for summary judgment has been filed by defendant.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** without prejudice. The Clerk shall terminate all previously scheduled deadlines and pending motions, including the Motion to Dismiss Action Pursuant to 12(b)(1) (Doc. #17) and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __21st__ day of December 2023.

_/s/ John E. Steele_
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Parties of record